IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERHEAD DOOR COMPANY OF SACRAMENTO INC., | |
| Plaintiff, | CIV. S-05-1561-DFL-PAN |
| v. | ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT |
| 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD and CARPENTERS LOCAL UNION 46, | |
| Defendants. | |

The court has been advised by Brian Crone, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later

1

1 | than December 21, 2005, and,
2 |     2.  That all hearing dates previously set in this matter
3 | are vacated.
4 |     IT IS SO ORDERED.
5 | Dated:  12/6/2005

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge